IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERKENHOFF GMBH,<br><br>    Plaintiff,<br><br> v.<br><br>OPEC ENGINEERING CO., LTD.<br>OPECMADE, INC.<br><br>    Defendant. | Civil Action No. 1:18-cv-01873<br><br>**JURY TRIAL DEMANDED** |

# INITIAL STATUS REPORT

Plaintiff Berkenhoff GmbH ("Berkenhoff") and Defendants Opec Engineering Co., Ltd. and Opecmade, Inc. (collectively, "Opec") hereby jointly submit this initial status report pursuant to the Court's June 19, 2018 Order (D.I. 15).

1. **Nature of the Case**:

   A. Attorneys of record:

      i. Plaintiff Berkenhoff – Reginald J. Hill (lead trial counsel), Benjamin J. Bradford, Ian M. Moodie and Ren-How H. Harn.

      ii. Defendants Opec Engineering Co., Ltd. and Opecmade, Inc. – John K. Park, Mark L. Sutton, Michael J. Park and Samuel S. Bae.

   B. Service – Service on Opec was completed on June 8, 2018.

   C. Basis for Federal Jurisdiction – jurisdiction is founded on 28 U.S.C. §§ 1331 and 1338(a).

D. Nature of the claims and counterclaims, including relief sought – patent infringement under 35 U.S.C. § 271. Defendants have not filed an answer or counterclaim yet.

E. Major legal and factual issues in the case:

   i. Legal issues:
      o Whether Opec's wires infringed one or more claims of Berkenhoff's patent.
      o Whether Opec willfully infringed one or more claims of Berkenhoff's patent.
      o Whether Berkenhoff's now expired patent was valid and enforceable.
      o Whether the case is exceptional under 35 U.S.C. § 285.

   ii. Factual issues:
      o Whether Opec's accused products meet each and every limitation of one or more claims of Berkenhoff's patent.
      o Whether Berkenhoff's patent was novel and non-obvious.
      o Whether Berkenhoff's patent complied with the requirements of 35 U.S.C. § 112.

2. Mandatory Initial Discovery Pilot Project – inapplicable to this patent case.

3. Case Plan:

   A. Pending motions – none.

2

B. Defendants' intent on how it will respond to the complaint – Defendants have not yet decided whether to answer or otherwise plead to the complaint, which is due by July 28, 2018.

C. Discovery Plan:

   i. Type of discovery needed – this case is expected to require written and oral fact discovery as provided under the Federal Rules of Civil Procedure, the Local Rules, and the Local Patent Rules. Expert discovery is also expected to be necessary in this case.

   ii. ESI Discovery – this case may require ESI discovery and, if so, shall be produced in accordance with the Local Patent Rules for Electronically Stored Information.

   iii. Issues about privilege or protection – no issues are currently known or anticipated.

   iv. Date of Rule 26(a)(1) disclosures – within fourteen (14) days of the date when all defendants answer or otherwise respond to the complaint.

   v. Completion of fact discovery – the case schedule is governed by the Local Patent Rules and the close of fact discovery can be set in accordance to those rules.

   vi. Expert disclosure deadlines – these deadlines can also be set in accordance with the Local Patent Rules.

   vii. Changes in discovery limitations – no known changes are currently known or anticipated.

3

      viii. [N/A]

      ix. Dispositive motion deadline – this deadline can also be set in accordance with the Local Patent Rules.

   D. Berkenhoff requests a jury trial and estimates that the trial shall take no longer than one trial week.

4. Settlement

   A. Settlement discussions – the parties discussed settlement leading up to the filing of the Bedra Litigation, but were unsuccessful in reaching a resolution.

   B. Settlement conference – a settlement conference may be helpful at a later stage of the case.

5. Consent to Proceed Before a Magistrate – at this time, the parties do not consent.

Dated: July 13, 2018                               Respectfully Submitted,

                                                     BERKENHOFF GMBH

                                                     By:/s/ *Reginald J. Hill*
                                                         Reginald J. Hill
                                                         Benjamin J. Bradford
                                                         Ian M. Moodie
                                                         Ren-How H. Harn
                                                         JENNER & BLOCK LLP
                                                         353 N. Clark Street
                                                         Chicago, IL 60654-3456
                                                         Telephone: 312 222-9350
                                                         Facsimile: 312 527-0484

                                                        *Attorneys for Plaintiff Berkenhoff GMBH*


                                                        Attorneys for Defendants

                                                        By: /s/ Samuel S. Bae

                                                        Samuel S. Bae (ARDC 6257863)
                                                        Law Office of Samuel S. Bae
                                                        2720 South River Road, Suite 246

Des Plaines, Illinois 60018
(847) 813-6992
ssb@baelegal.com

John K. Park (CA State Bar No. 175212)
Mark L. Sutton (CA State Bar No. 120255)
Michael J. Park (CA State Bar No. 315021)
Park Law Firm
3255 Wilshire Blvd., Suite 1110
Los Angeles, CA 90010
Tel: 213-389-3777
park@parklaw.com
mjpark@parklaw.com
mlsutton@parklaw.com

2690896.2