IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERKENHOFF GMBH,<br><br>      Plaintiff,<br><br> v.<br><br>OPEC ENGINEERING CO., LTD.<br>OPECMADE, INC.<br><br>      Defendant. | Civil Action No. 1:18-cv-01873<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Ian M. Moodie, is hereby withdrawn as counsel of record for Berkenhoff GmbH. Berkenhoff GmbH continues to be represented by the law firm of Jenner & Block LLP.

Dated: June 17, 2019

                Respectfully Submitted,

                BERKENHOFF GMBH

                By: */s/ Reginald J. Hill*

                Reginald J. Hill
                Benjamin J. Bradford
                Ren-How H. Harn
                JENNER & BLOCK LLP
                353 N. Clark Street
                Chicago, IL 60654-3456
                Telephone: 312 222-9350
                Facsimile: 312 527-0484

                *Attorneys for Plaintiff Berkenhoff GMBH*

## **CERTIFICATE OF SERVICE**

I, Ren-How H. Harn, an attorney at the law firm of Jenner & Block LLP, certify that on June 17, 2019, the foregoing Notice of Withdrawal of Counsel was electronically served on counsel of record via email.

        /s/ *Ren-How H. Harn*
          Ren-How H. Harn