IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BERKENHOFF GMBH,<br><br>  Plaintiff,<br><br>  v.<br><br>OPEC ENGINEERING CO., LTD.<br>OPECMADE, INC.<br><br>  Defendant. | Civil Action No. 1:18-cv-01873<br><br>Honorable Martha M. Pacold |

## **MOTION TO WITHDRAW APPEARANCE OF IAN M. MOODIE**

Pursuant to Local Rule 83.17, Plaintiff Berkenhoff GmbH ("Berkenhoff") requests leave to withdraw the appearance of Ian M. Moodie as counsel for Berkenhoff. In support thereof, Berkenhoff states as follows:

1. On March 14, 2018, Mr. Moodie entered an appearance on behalf of Berkenhoff as an associate of Jenner & Block LLP.

2. On June 17, 2019, Berkenhoff filed a Notice of Withdrawal of Mr. Moodie's appearance.

3. Mr. Moodie is no longer an associate of Jenner & Block LLP.

4. Berkenhoff will continue to be represented by the undersigned counsel of record from Jenner & Block LLP.

5. Neither party will be prejudiced by the withdrawal of the appearance of Mr. Moodie.

WHEREFORE, Berkenhoff respectfully requests that the Court enter an order granting leave to withdraw the appearance of Ian M. Moodie as counsel for Berkenhoff.

Dated: September 28, 2020

Respectfully Submitted,

BERKENHOFF GMBH

By: */s/ Benjamin J. Bradford*

Reginald J. Hill
Benjamin J. Bradford
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484

*Attorneys for Plaintiff Berkenhoff GMBH*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Bradford, an attorney at the law firm of Jenner & Block LLP, certify that on September 28, 2020, the foregoing Motion to Withdraw Appearance of Ian M. Moodie was electronically served on counsel of record via the Court's ECF system.

/s/ *Benjamin J. Bradford*
Benjamin J. Bradford